UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARITA M. SANCHEZ,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>WACHOVIA MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., NDEX WEST, LLC, and Does 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No.: 11-CV-00959-LHK<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

On February 22, 2011, Plaintiff filed a complaint in the Superior Court of Monterey County alleging claims of negligence, negligence per se, and fraud against defendants. *See* Compl. (Dkt. No. 1, Ex. A). In the Complaint, Plaintiff sought a Temporary Restraining Order (TRO) to enjoin a foreclosure sale set for February 22, 2011 on her property at 4895 Peninsula Point Drive, Seaside, CA 93955. *See* Compl. at 5. Plaintiff alleged that defendants have refused to modify her loan in bad faith.

On March 1, 2011, defendant Wachovia Mortgage (a division of Wells Fargo Bank, N.A.) (Defendant) removed the case to this Court on the basis of diversity jurisdiction. *See* Removal. On March 22, 2011, Defendant filed a Motion to Dismiss all the causes of action in the Complaint, and a Motion to Strike. The hearing on these Motions was set for April 28, 2011. Therefore, Plaintiff's Opposition to both Motions was due on April 7, 2011. *See* Civ. L.R. 7-3. Plaintiff filed no Opposition, or statement of nonopposition, in violation of Civil Local Rule 7-3.

1

Case No.: 11-CV-00959-LHK
ORDER GRANTING PLAINTIFF LEAVE TO OPPOSE MOTIONS

1    On April 14, 2011, this Court issued an order denying Plaintiff's *ex parte* Application for Temporary Restraining Order (TRO) seeking to enjoin a foreclosure sale set for April 15, 2011. *See* Dkt. No. 15. The Court found that Plaintiff had not articulated a likelihood of success on the merits of her claim, and that Plaintiff's delay in bringing the application weighed against the fairness of granting her request. The Court also ordered Plaintiff to show cause why her case should not be dismissed for failure to prosecute in light of her failure to oppose Defendant's Motions to Dismiss and Strike filed on March 22, 2011.

On April 18, 2011, Plaintiff filed a "renewed" *ex parte* Application for a TRO enjoining the sale. Because the renewed TRO Application raised no new, persuasive legal or factual bases indicating a likelihood of success on the merits, the Court denied the Application the day it was filed.

Plaintiff's attorney responded to the Order to Show Cause (OSC), claiming that Defendant falsified the proof of service of the removal papers and that she did not receive notice of the removal of the case until March 21, 2011. Plaintiff's attorney states that she is "attaching . . . documents" evidencing proof of Defendant's "fraud" on the Court, but nothing was attached to Plaintiffs' filing. Plaintiff's attorney also stated that Defendant had agreed to withdraw the Motion to Dismiss, and that that was the reason she did not file an opposition or statement of nonopposition to that Motion. Finally, Plaintiff's attorney stated that she had a serious medical problem in mid-March.

Defendant responded to the allegations regarding falsification of proofs of service and the alleged agreement to withdraw the Motion to Dismiss. Based on Defendant's submission, the Court finds that Plaintiff's attorney's allegations are untrue. Should Plaintiff's attorney submit further bad faith allegations to the Court, she is warned that the Court may order her to show cause why sanctions should not be imposed.

Because Plaintiff's attorney claims that she suffered a serious medical problem in March, the Court hereby grants Plaintiff leave to file an Opposition to Defendant's Motion to Dismiss and Motion to Strike within **14 days of the date of this Order**. If Plaintiff fails to file an Opposition, this case will be dismissed with prejudice.

2

Case No.: 11-CV-00959-LHK
ORDER GRANTING PLAINTIFF LEAVE TO OPPOSE MOTIONS

1   **IT IS SO ORDERED.**

2   Dated: April 28, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-00959-LHK
ORDER GRANTING PLAINTIFF LEAVE TO OPPOSE MOTIONS