UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARITA M. SANCHEZ,<br><br>            Plaintiff,<br>    v.<br><br>WACHOVIA MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., NDEX WEST, LLC, and Does 1-100, inclusive,<br><br>            Defendants. | Case No.: 11-CV-00959-LHK<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On April 28, 2011, this Court granted Plaintiff leave to file an Opposition to Defendant's Motion to Dismiss. The Opposition was due within 14 days of the Court's Order. Therefore, the Opposition was due on May 12, 2011. The April 28, 2011 Order stated that if no Opposition was filed, the case would be dismissed with prejudice for failure to prosecute. As of today, May 17, 2011, no Opposition has been filed. Accordingly, the Court dismisses this case with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 17, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-00959-LHK
ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE