UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARGARITA M. SANCHEZ<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, WELLS FARGO, BANK, N.A., NDEX WEST, LLC, and Does 1-100, Inclusive,<br><br>Defendants. | CASE NO.: 5:11-cv-00959-LHK<br><br>**JUDGMENT OF DISMISSAL** |

On April 28, 2011 this Court granted Plaintiff leave to file an Opposition to Defendant's Motion to Dismiss. The Opposition was due within 14 days of the Court's Order. Therefore, the Opposition was due on May 12, 2011. The April 28, 2011 Order stated that if no Opposition was filed, the case would be dismissed with prejudice for failure to prosecute.

On May 17, 2011, Plaintiff having failed to file an Opposition, this Court issued an Order dismissing this case with prejudice for failure to prosecute.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Judgment is entered against Plaintiff and in favor of Defendants.
2. Plaintiff shall recover nothing from Defendants.

Dated: June 2, 2011

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE